THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

TODD SLOBIN (*Pro Hac Vice pending*)
DARYL J. SINKULE (*Pro Hac Vice pending*)
SIDD RAO (*Pro Hac Vice pending*)
DORIAN VANDENBERG-RODES (*Pro Hac Vice pending*)
**SHELLIST | LAZARZ | SLOBIN LLP**
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Attorneys for Plaintiffs and the proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN AMBROSIO, JANE LACAP, KEITH SWICK, BILL CHAN, COSMIN BANU, SHAHID RAHMATULLAH, DANA ROGERS, TONY TRINH, CHRISTIAN HALLORAN, NOVELETT WITT, ART BAIMKIN, ANGELITO MUYOT JR., JASON RUIS, KESHAV LILBURN KAMATH PEET SAPSIN, and ALICIA ERBY<br><br>     Plaintiffs,<br><br>v.<br><br><br>COGENT COMMUNICATIONS, INC.,<br><br>     Defendant. | **CLASS AND COLLECTIVE ACTION**<br><br>Case No 3:14-cv-02182-RS<br><br>**JOINT STIPULATION PER LOCAL RULE 6-2 and [~~PROPOSED~~] ORDER REGARDING MOTION AND CASE MANAGEMENT SCHEDULE** |

**STIPULATION**

Plaintiffs Joan Ambrosio et al. ("Plaintiffs") and Defendant Cogent Communications, Inc. ("Defendant")(collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS, on July 14, 2014, Defendant filed its Motion for Judgment on the Pleadings to be heard in this Court on August 14, 2014 (Dkt. 12-14);

WHEREAS, on July 15, 2014, the Court continued the hearing on the Motion to August 28, 2014 at 1:30 p.m. (Dkt. 15);

WHEREAS, Plaintiffs' counsel has several upcoming deadlines that conflict with the current briefing schedule and hearing date, including a motion for class certification and a hearing on that motion in a proposed statewide employment class action, an appeal in an individual employment case, and active discovery including rescheduled depositions in an individual discrimination case;

WHEREAS, the Parties have not previously sought any extension of time in this action;

WHEREAS, the Parties also propose that the Court continue the Initial Case Management Conference, currently set for August 21, 2014, to the same date as the hearing on Defendant's motion.

NOW, THEREFORE, Plaintiffs and Defendant, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following schedule:

| | |
|---|---|
| September 4, 2014 | Plaintiffs' Opposition |
| September 18, 2014 | Defendant's Reply |
| October 2, 2014, 1:30 p.m. | Hearing/Initial Case Management Conference |

JOINT STIP PER LOCAL RULE 6-2 RE MTN AND CMC SCHEDULE; [PROPOSED] ORDER

Case No. 14-02182-RS

**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, CA 94104

Dated:  July 22, 2014          DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

                               By:  /s/ Monique Olivier
                                    Monique Olivier
                                    Attorneys for Plaintiffs

Dated:  July 22, 2014          HAYNES & BOONE, LLP

                               By:  /s/ Tamara I. Devitt*
                                    Tamara I. Devitt
                                    Attorneys for Defendant

*I, Monique Olivier, attest that Tamara Devitt has concurred in the filing of this document. (L.R. 5-1(i).)

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  7/24/14

_____
Richard Seeborg, Judge
United States District Court

JOINT STIP PER LOCAL RULE 6-2 RE MTN AND CMC SCHEDULE;
[PROPOSED] ORDER                                                  Case No. 14-02182-RS