UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN AMBROSIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 14-cv-02182-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 9, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.    DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

2.    DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further

1   discovery matters shall be filed pursuant to that Judge's procedures.

2   3. CLASS AND COLLECTIVE ACTION CERTIFICATION.

a. On or before May 29, 2015, plaintiff will file his motion for class certification and FLSA collective action certification.

b. On or before June 12, 2015, defendant will file its opposition to class certification and FLSA collective action certification.

c. On or before June 19, 2015, plaintiff will file his reply, if any, to defendant's opposition.

d. Plaintiff's motion for class certification and FLSA collective action certification shall be heard on **June 26, 2015, at 2:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated:   October 9, 2014

RICHARD SEEBORG
United States District Judge