HAYNES AND BOONE, LLP
Tamara I. Devitt/Bar No. 209683
  tamara.devitt@haynesboone.com
Matthew E. Costello/Bar No. 295062
  matthew.costello@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Fax: (949) 202-3001

Attorneys for Defendant
COGENT COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN AMBROSIA, JANE LACAP, KEITH SWICK, BILL CHAN, COSMIN BANU, SHAHID RAHMATULLAH, DANA ROGERS, TONY TRINH, CHRISTIAN HALLORAN, NOVELETT WITT, ART BAIMKIN, ANGELITO MUYOT JR., JASON RUIS, KESHAV LILBURN KAMATH, PEET SAPSIN, and ALICIA ERBY,<br><br>                  Plaintiffs,<br><br>           vs.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>                  Defendant. | **Case No. 3:14-cv-02182-RS**<br><br>*Assigned to:*<br>*Hon. Richard Seeborg*<br><br>**STIPULATION TO REVISE SCHEDULING ORDER FOR FLSA COLLECTIVE ACTION AND RULE 23 CLASS ACTION CERTIFICATION MOTIONS; [PROPOSED] ORDER**<br><br>Complaint Filed: May 12, 2014 |

This stipulation is entered into by and between Plaintiffs Joan Ambrosio, et al. ("Plaintiffs") and Defendant Cogent Communications, Inc. ("Defendant") (collectively, the "Parties") through their counsel of record as follows:

**WHEREAS**, following the Rule 16(b) Case Management Conference, on October 9, 2014, this Court set forth the following briefing schedule for Plaintiffs' intended FLSA collective action and Rule 23 class action certification motions (Dkt. 30):

- May 29, 2015.  Deadline for Plaintiffs to file their motion for Rule 23 class certification and FLSA collective action certification;
- June 12, 2015.  Deadline for Defendant to file its opposition to Rule 23 class certification and FLSA collective action certification;
- June 19, 2015.  Deadline for Plaintiffs to file their reply, if any, to Defendant's opposition;
- June 26, 2015.  Hearing on Plaintiffs' motion for class certification and FLSA collective action certification.

**WHEREAS**, at the Rule 16(b) Case Management Conference, this Court advised that the Parties could agree to a different briefing schedule than that set forth by the Court's October 9, 2014 Order.

**WHEREAS**, in order for the Parties to adequately brief the issue of collective action and class action certification, the Parties hereby request an order to extend the time between Plaintiffs' deadline to file their moving briefs and Defendant's deadline to file its opposition briefs and between Defendant's deadline to file its opposition briefs and Plaintiffs' deadline to file their reply briefs, if any.

**WHEREAS**, the Parties have not previously requested any time modifications regarding the scheduling of Plaintiffs' intended certification motions.

**WHEREAS**, neither Party will suffer any prejudice should the Court extend the time for Defendant to file its opposition briefs and Plaintiffs to file their reply briefs, if any.

///

///

1

**STIPULATION TO REVISE SCHEDULING ORDER FOR FLSA COLLECTIVE ACTION AND RULE 23 CLASS ACTION CERTIFICATION MOTIONS; [PROPOSED] ORDER**
Case No. 3:14-cv-02182-RS

**NOW, THEREFORE**, pursuant to Local Civil Rules 6-1, 6-2, and 7-12, the Parties hereby stipulate to the following briefing schedule for Plaintiffs' intended FLSA collective action certification motion and Rule 23 class action certification motion:

- June 5, 2015.  Deadline for Plaintiffs to file their motion for Rule 23 class certification and their motion for FLSA collective action certification;
- July 10, 2015.  Deadline for Defendant to file its opposition to Plaintiffs' Rule 23 class certification and FLSA collective action certification motions;
- August 7, 2015.  Deadline for Plaintiffs to file a reply, if any, to Defendant's oppositions;
- August 20, 2015.  Hearing on Plaintiffs' motion for Rule 23 class certification and motion for FLSA collective action certification.

**IT IS SO STIPULATED.**

Date:  December 31, 2014          DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
                                  SHELLIST | LAZARZ | SLOBIN LLP


                                  By:  */s/ Monique Olivier*
                                       Monique Olivier
                                       Attorneys for Plaintiffs


Date:  December 31, 2014          HAYNES AND BOONE, LLP



                                  By:  */s/ Tamara I. Devitt*
                                       Tamara I. Devitt
                                       Attorneys for Defendant
                                       COGENT COMMUNICATIONS, INC.

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that:

a. On or before June 5, 2015, Plaintiffs will file their motion for Rule 23 class certification and motion for FLSA collective action certification;

b. On or before July 10, 2015, Defendant will file its opposition to Plaintiffs' motions for Rule 23 class certification and FLSA collective action certification;

c. On or before August 7, 2015, Plaintiffs will file a reply, if any, to Defendant's oppositions; and

d. Plaintiff's motion for Rule 23 class certification and motion for FLSA collective action certification shall be heard on August 20, 2015, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED**.

Dated: 1/2/15

_____
Richard Seeborg
United States District Court Judge