THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

TODD SLOBIN (*Pro Hac Vice*)
**SHELLIST | LAZARZ | SLOBIN LLP**
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Attorneys for Plaintiffs and the proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOAN AMBROSIO, JANE LACAP, KEITH SWICK, BILL CHAN, COSMIN BANU, SHAHID RAHMATULLAH, DANA ROGERS, TONY TRINH, CHRISTIAN HALLORAN, NOVELETT WITT, ART BAIMKIN, ANGELITO MUYOT JR., JASON RUIZ, KESHAV KAMATH, PEET SAPSIN, and ALICIA ERBY<br><br>  Plaintiffs,<br><br>v.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>  Defendant. | **CLASS AND COLLECTIVE ACTION**<br><br>Case No 3:14-cv-02182-RS<br><br>**STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION AND COLLECTIVE ACTION BRIEFING AND HEARING SCHEDULE; [PROPOSED] ORDER** |

**STIPULATION**

Plaintiffs Joan Ambrosio et al. ("Plaintiffs") and Defendant Cogent Communications, Inc. ("Defendant")(collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS the parties have engaged in significant discovery to date;

WHEREAS the parties continue to exchange documents responsive to various discovery requests, and continue to meet and confer to resolve disputes with respect to some of those requests;

WHEREAS the parties continue to take depositions relevant to the class certification, some of which have been delayed due to scheduling matters but will take place over the next four to eight weeks;

WHEREAS, due to the above, the Parties respectfully request that the Court continue to briefing and hearing schedule as detailed below;

WHEREAS, the Parties also propose that the Court continue the Case Management Conference, currently set for August 20, 2015, to the same date as the hearing on Plaintiffs' motion.

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following schedule:

| | |
|---|---|
| July 24, 2015 | Plaintiffs' Motion for Class/Collective Certification |
| August 14, 2015 | Defendant's Opposition |
| September 4, 2015 | Plaintiffs' Reply |
| September 24, 2015, 1:30 pm | Hearing/Case Management Conference |

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104

| | |
|---|---|
| Dated: May 22, 2015 | DUCKWORTH PETERS LEBOWITZ OLIVIER LLP |
| | By: */s/ Monique Olivier* |
| | Monique Olivier |
| | Attorneys for Plaintiffs |
| Dated: May 22, 2015 | HAYNES & BOONE, LLP |
| | By: */s/ Tamara I. Devitt\** |
| | Tamara I. Devitt |
| | Attorneys for Defendant |

*I, Monique Olivier, attest that Tamara Devitt has concurred in the filing of this document. (L.R. 5-1(i).)

STIPULATION TO CONTINUE CLASS CERT SCHEDULE                     Case No. 14-02182-RS

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION,** the following revised schedule for Plaintiffs' Class and Collective Certification Motion is:

| | |
|---|---|
| July 24, 2015 | Plaintiffs' Motion for Class/Collective Certification |
| August 14, 2015 | Defendant's Opposition |
| September 4, 2015 | Plaintiffs' Reply |
| September 24, 2015, 1:30 pm | Hearing/Case Management Conference |

**IT IS SO ORDERED.**

Dated: 5/28/15

_____
Richard Seeborg, Judge
United States District Court