THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

TODD SLOBIN (*Pro Hac Vice*)
**SHELLIST | LAZARZ | SLOBIN LLP**
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Attorneys for Plaintiffs and the proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN AMBROSIO, JANE LACAP, KEITH SWICK, BILL CHAN, COSMIN BANU, SHAHID RAHMATULLAH, DANA ROGERS, TONY TRINH, CHRISTIAN HALLORAN, NOVELETT WITT, ART BAIMKIN, ANGELITO MUYOT JR., JASON RUIZ, KESHAV KAMATH, PEET SAPSIN, and ALICIA ERBY<br><br>Plaintiffs,<br><br>v.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>Defendant. | **CLASS AND COLLECTIVE ACTION**<br><br>Case No 3:14-cv-02182-RS<br><br>**STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION AND COLLECTIVE ACTION BRIEFING AND HEARING SCHEDULE;** ~~**[PROPOSED]**~~ **ORDER** |

**STIPULATION**

Plaintiffs Joan Ambrosio et al. ("Plaintiffs") and Defendant Cogent Communications, Inc. ("Defendant")(collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS on May 28, 2015 this Court issued an order setting forth a new class certification and hearing schedule (Dkt. 39) as follows:

| | |
|---|---|
| July 24, 2015 | Plaintiffs' Motion for Class/Collective Certification |
| August 14, 2015 | Defendant's Opposition |
| September 4, 2015 | Plaintiffs' Reply |
| September 24, 2015, 1:30 pm | Hearing/Case Management Conference |

WHEREAS the parties just discovered that the stipulation leading to that order contained an erroneous schedule that did not reflect the agreement of the parties;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following (slightly modified) schedule:

| | |
|---|---|
| July 24, 2015 | Plaintiffs' Motion for Class/Collective Certification |
| August 28, 2015 | Defendant's Opposition |
| September 25, 2015 | Plaintiffs' Reply |
| October 15, 2015, 1:30 pm | Hearing/Case Management Conference |

Dated: June 12, 2015    DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: */s/ Monique Olivier*
Monique Olivier
Attorneys for Plaintiffs

Dated: June 12, 2015    HAYNES & BOONE, LLP

By: */s/ Tamara I. Devitt\**
Tamara I. Devitt
Attorneys for Defendant

*I, Monique Olivier, attest that Tamara Devitt has concurred in the filing of this document. (L.R. 5-1(i).)

**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, CA 94104

[~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION,** the following revised schedule for Plaintiffs' Class and Collective Certification Motion is:

| | |
|---|---|
| July 24, 2015 | Plaintiffs' Motion for Class/Collective Certification |
| August 28, 2015 | Defendant's Opposition |
| September 25, 2015 | Plaintiffs' Reply |
| October 15, 2015, 1:30 pm | Hearing/Case Management Conference |

**IT IS SO ORDERED.**

Dated: 6/12/15

_____
Richard Seeborg, Judge
United States District Court