THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

TODD SLOBIN (*Pro Hac Vice*)
**SHELLIST | LAZARZ | SLOBIN LLP**
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Attorneys for Plaintiffs and the proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN AMBROSIO, JANE LACAP, KEITH SWICK, BILL CHAN, COSMIN BANU, SHAHID RAHMATULLAH, DANA ROGERS, TONY TRINH, CHRISTIAN HALLORAN, NOVELETT WITT, ART BAIMKIN, ANGELITO MUYOT JR., JASON RUIZ, KESHAV KAMATH, PEET SAPSIN, and ALICIA ERBY<br><br>    Plaintiffs,<br><br>v.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>    Defendant. | **CLASS AND COLLECTIVE ACTION**<br><br>Case No 3:14-cv-02182-RS<br><br>**STIPULATION TO CONTINUE MOTION FOR CLASS CERTIFICATION AND COLLECTIVE ACTION BRIEFING AND HEARING SCHEDULE; ORDER (Proposed)** |

**STIPULATION**

Plaintiffs Joan Ambrosio, et al. ("Plaintiffs") and Defendant Cogent Communications, Inc. ("Defendant") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS the Parties have engaged in significant discovery to date;

WHEREAS the Parties continue to exchange documents responsive to various discovery requests, and continue to meet and confer to resolve disputes with respect to some of those requests;

WHEREAS the Parties continue to take depositions relevant to the class certification, some of which have been delayed due to scheduling matters but will take place over the next two weeks;

WHEREAS, due to the above, the Parties respectfully request that the Court continue the briefing and hearing schedule as detailed below which represents a five-week continuance of all dates from the current schedule;

WHEREAS, the Parties also propose that the Court continue the Case Management Conference, currently set for October 22, 2015, to the same date as the hearing on Plaintiffs' motion.

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following schedule:

| | |
|---|---|
| August 28, 2015 | Plaintiffs' Motion for Class/Collective Certification |
| October 2, 2015 | Defendant's Opposition |
| October 30, 2015 | Plaintiffs' Reply |
| November 18, 2015, 1:30 pm | Hearing/Case Management Conference |

Dated:  July 17, 2015        DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: */s/ Monique Olivier*
Monique Olivier
Attorneys for Plaintiffs

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104

Dated:  July 17, 2015         HAYNES & BOONE, LLP

By:  */s/ Tamara I. Devitt*
      Tamara I. Devitt
      Attorneys for Defendant

*I, Monique Olivier, attest that Tamara Devitt has concurred in the filing of this document. (L.R. 5-1(i).)

## ORDER (MODIFIED)

**PURSUANT TO STIPULATION,** the following revised schedule for Plaintiffs' Class and Collective Certification Motion is:

| | |
|---|---|
| August 28, 2015 | Plaintiffs' Motion for Class/Collective Certification |
| October 2, 2015 | Defendant's Opposition |
| October 30, 2015 | Plaintiffs' Reply |
| November 19, 2015, 1:30 pm | Hearing/Case Management Conference |

**IT IS SO ORDERED.**

Dated   July 20, 2015

_____

Richard Seeborg, Judge
United States District Court

STIPULATION TO CONTINUE CLASS CERT SCHEDULE                Case No. 14-02182-RS