UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOAN AMBROSIA, et al.,

    Plaintiffs,

v.

COGENT COMMUNICATIONS, INC.,

    Defendant.

Case No. 14-cv-02182-RS

**ORDER DIRECTING DEFENDANT TO COMPLY WITH CIVIL LOCAL RULE 79-5**

On August 28, 2015, plaintiffs submitted an administrative motion to file certain documents under seal. The information targeted by plaintiffs' sealing request has been designated confidential by defendant pursuant to the stipulated protective order entered in this case. As the designating party of potentially sealable information, defendant was required, within four days of the filing of the administrative motion, to submit a declaration pursuant to Civil Local Rule 79-5(d)(1)(A) "establishing that all of the designated material is sealable." Civil Local Rule 79-5(e)(1). To date, defendant has not filed the requisite declaration. It is hereby ordered to comply with the requirements of Local Rule 79-5(d)(1)(A) & (e)(1) no later than **four days** from the date of this order. If defendant fails to do so, the sealing motion will be denied and plaintiffs will be instructed to file the relevant documents in the public record. *See* Civil Local Rule 79-5(e)(2).

    **IT IS SO ORDERED**.

Dated: September 14, 2015

_____
RICHARD SEEBORG
United States District Judge