1  HAYNES AND BOONE, LLP
Tamara I. Devitt/Bar No. 209683
2    tamara.devitt@haynesboone.com
Kimberly A. Chase/Bar No. 253311
3    kimberly.chase@haynesboone.com
Matthew E. Costello/Bar No. 295062
4    matthew.costello@haynesboone.com
600 Anton Boulevard, Suite 700
5  Costa Mesa, California 92626
T: (949) 202-3000 | F: (949) 202-3001
6

7  HAYNES AND BOONE, LLP
Meghaan C. Madriz (*pro hac vice*)
8    meghaan.madriz@haynesboone.com
1221 McKinney Street, Suite 2100
9  Houston, Texas 77010
T: (713) 547-2000 | F: (713) 547-2600
10

11  Attorneys for Defendant
COGENT COMMUNICATIONS, INC.
12

13  *(Additional Counsel on Following Page)*

14

15  **UNITED STATES DISTRICT COURT**

16  **NORTHERN DISTRICT OF CALIFORNIA**

17

18  JOAN AMBROSIO et al., on behalf of          Case No. 3:14-cv-02182-RS
     themselves and those similarly situated,
19                                                Assigned to:
              Plaintiffs,                         U.S. District Judge Richard Seeborg
20
21         vs.                                    **STIPULATION TO: (1) CONTINUE
                                                  DEADLINES FOR OPPOSITION AND
22  COGENT COMMUNICATIONS, INC.,                  REPLY BRIEFS TO DEFENDANT'S
                                                  MOTION FOR A STAY AND MOTION
23            Defendant.                          TO CERTIFY ORDER FOR
                                                  INTERLOCUTORY APPEAL; AND (2)
24                                                CONTINUE HEARING AND CASE
                                                  MANAGEMENT CONFERENCE;
25                                                [PROPOSED] ORDER
26
                                                  Complaint filed:     May 12, 2014
27

28

**STIPULATION TO: (1) CONTINUE DEADLINES FOR OPPOSITION AND REPLY BRIEFS TO
DEFENDANT'S MOTION FOR A STAY AND MOTION TO CERTIFY ORDER FOR INTERLOCUTORY
APPEAL; AND (2) CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE**

1   DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
    Thomas E. Duckworth/Bar No. 152369
2     tom@dplolaw.com
    Monique Olivier/Bar No. 190385
3     monique@dplolaw.com
    100 Bush Street, Suite 1800
4   San Francisco, California 94104
    T: (415) 433-0333 | F: (415) 449-6556
5

6   SHELLIST | LAZARZ | SLOBIN LLP
    Todd Slobin (*pro hac vice*)
7     tslobin@eeoc.net
    11 Greenway Plaza, Suite 1515
8   Houston, Texas 77046
    T: (713) 621-2277 | F: (713) 621-0993
9

10  Attorneys for Plaintiffs
    JOAN AMBROSIO, ET AL.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:14-cv-02182-RS

**STIPULATION TO: (1) CONTINUE DEADLINES FOR OPPOSITION AND REPLY BRIEFS TO
DEFENDANT'S MOTION FOR A STAY AND MOTION TO CERTIFY ORDER FOR INTERLOCUTORY
APPEAL; AND (2) CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE**

1

**STIPULATION**

2      Plaintiffs Joan Ambrosio, et al. ("Plaintiffs") and Defendant Cogent Communications,

3   Inc. ("Defendant") (the "Parties"), by and through their counsel of record, hereby stipulate as

4   follows:

5      WHEREAS, on January 4, 2016, the Court set a case management conference ("CMC")

6   in this matter for February 4, 2016, at 10:00 a.m.  (ECF No. 80.)

7      WHEREAS, on January 19, 2016, Defendant filed a Motion to Certify Order for

8   Interlocutory Appeal (ECF No. 83) ("Motion to Certify") and a Motion for a Stay Pending

9   Appeal (ECF No. 84) ("Motion to Stay") (the "Pending Motions") and set the hearing for March

10  3, 2016.

11     WHEREAS, on January 29, 2016, the clerk of the Court gave notice that the CMC

12  previously set for February 4, 2016 is continued to March 3, 2016, at 1:30 p.m.—the same time

13  and date as the currently scheduled hearing on the Pending Motions.

14     WHEREAS, lead defense counsel, Ms. Tamara Devitt of Haynes and Boone, LLP, is

15  scheduled to be out of state at a firm event in New York City on March 3, 2016.  The event has

16  already been publicized to the firm's clients, Ms. Devitt has already booked travel plans, and

17  she will be one of three primary speakers at the event.

18     WHEREAS, the Parties are available on March 10, 2016, at 1:30 p.m., to appear for a

19  hearing on the Pending Motions and for a CMC.

20     WHEREAS, to conserve party and judicial resources, the Parties agree that the hearing

21  on the Pending Motions and the CMC, currently set for March 3, 2016, should both be

22  continued to March 10, 2016.

23     WHEREAS, the Parties also respectfully request that the Court continue the briefing

24  schedule on the Pending Motions as detailed below.  This enlargement of time will provide the

25  Court with ample time to review the papers prior to the hearing on the Pending Motions,

26  especially if it is held concurrently with the CMC on March 10, 2016 instead of March 3, 2016.

27  ///

28  ///

1                                    Case No. 3:14-cv-02182-RS

1     NOW, THEREFORE, the Parties, by and through their counsel of record, hereby

2   stipulate, subject to approval of the Court, to the following:

3     (1)   The CMC and hearing on the Pending Motions, currently scheduled for March 3,

4   2016, are continued to March 10, 2016, at 1:30 p.m. in the above-entitled Court.

5     (2)   The briefing schedule for the Pending Motions shall be as follows:

6   February 9, 2016          Plaintiffs' Opposition to Defendant's Motion to Certify

7                             Order for Interlocutory Appeal

8                             Plaintiffs' Opposition to Defendant's Motion for a Stay

9                             Pending Appeal

10  February 19, 2016         Defendant's Reply Briefs in support of Motion to Certify

11                            Order for Interlocutory Appeal and Motion for a Stay

12                            Pending Appeal

13  March 10, 2016, 1:30 p.m.   Hearing/Case Management Conference

14

15  **IT IS SO STIPULATED.**

16

17                            Respectfully submitted,

18

19  Date:  February 1, 2016      HAYNES AND BOONE, LLP

20                            By:   */s/ Matthew E. Costello*
                                  Matthew E. Costello
21                                Attorneys for Defendant
                                  COGENT COMMUNICATIONS, INC.
22                                *I, Matthew E. Costello, attest that Monique Olivier*
                                  *has concurred in the filing of this document.*
23                                *(Civil L.R. 5-1(i).)*

24

25  Date:  February 1, 2016      DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

26                            By:   */s/ Monique Olivier*
                                  Monique Olivier
27                                Attorneys for Plaintiffs
                                  JOAN AMBROSIO, ET AL.
28

STIPULATION TO: (1) CONTINUE DEADLINES FOR OPPOSITION AND REPLY BRIEFS TO
DEFENDANT'S MOTION FOR A STAY AND MOTION TO CERTIFY ORDER FOR INTERLOCUTORY
APPEAL; AND (2) CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION:**

(1)  The hearing on Defendant's Motion to Certify Order for Interlocutory Appeal and Motion for a Stay Pending Appeal, currently set for March 3, 2016, shall be continued to March 10, 2016, at 1:30 p.m., in the above-entitled Court.

(2)  The case management conference, currently set for March 3, 2016, shall be continued to March 10, 2016, at 1:30 p.m., in the above-entitled Court.

(3)  The revised briefing schedule on Defendant's Motion to Certify Order for Interlocutory Appeal and Motion for a Stay Pending Appeal is as follows:

| | |
|---|---|
| February 9, 2016 | Plaintiffs' Opposition to Defendant's Motion to Certify Order for Interlocutory Appeal |
| | Plaintiffs' Opposition to Defendant's Motion for a Stay Pending Appeal |
| February 19, 2016 | Defendant's Reply Briefs in support of Motion to Certify Order for Interlocutory Appeal and Motion for a Stay Pending Appeal |
| March 10, 2016, 1:30 p.m. | Hearing/Case Management Conference |

**IT IS SO ORDERED.**

Date:  2/2/16

_____
Judge Richard Seeborg
United States District Court

1                                                          Case No. 3:14-cv-02182-RS

**[PROPOSED] ORDER**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I hereby certify that on February 1, 2016, I filed the foregoing document:

**STIPULATION TO: (1) CONTINUE DEADLINES FOR OPPOSITION AND REPLY BRIEFS TO DEFENDANT'S MOTION FOR A STAY AND MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL; AND (2) CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE** with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-1(e), the "Notice of Electronic Filing" automatically generated by the CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

*/s/ Breean Cordova*
Breean Cordova

**PROOF OF SERVICE**