UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN AMBROSIO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-02182-RS<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 17, 2016. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.

Discovery shall be limited as follows:

- Plaintiffs will be entitled to notice and take up to a total of twenty (20) depositions.
- Defendant will be entitled to notice and depose a total of twelve (12) percent of the class, including depositions that have already been taken.
- Plaintiffs will be entitled to twenty-five (25) interrogatories.
- Defendant will be entitled to propound interrogatories on up to all of the named plaintiffs. Defendant will also be entitled to propound a total of fifteen (15) interrogatories and serve those interrogatories on up to twenty (20) class members.

1    **IT IS SO ORDERED**.

3    Dated: March 28, 2016

_____
RICHARD SEEBORG
United States District Judge