THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, California  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

TODD SLOBIN (*Pro Hac Vice*)
todd@eeoc.net
**SHELLIST | LAZARZ | SLOBIN LLP**
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile:  (713) 621-0993

Attorneys for Plaintiffs and the Class

*Additional Counsel on Following Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOAN AMBROSIO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>    Defendant. | **CLASS AND COLLECTIVE ACTION**<br><br>Case No 3:14-cv-02182-RS<br><br>**STIPULATION TO CONTINUE DEADLINES FOR OPPOSITION AND REPLY BRIEFS RE: DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date:   May 12, 2016<br>Time:   1:30 p.m.<br>Courtroom: 3, 17th Floor<br>Judge:   Hon. Richard Seeborg |

HAYNES AND BOONE, LLP
Tamara I. Devitt/Bar No. 209683
  tamara.devitt@haynesboone.com
Kimberly A. Chase/Bar No. 253311
  kimberly.chase@haynesboone.com
Matthew E. Costello/Bar No. 295062
  matthew.costello@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
T: (949) 202-3000 | F: (949) 202-3001

HAYNES AND BOONE, LLP
Meghaan C. Madriz (*pro hac vice*)
  meghaan.madriz@haynesboone.com
1221 McKinney Street, Suite 2100
Houston, Texas 77010
T: (713) 547-2000 | F: (713) 547-2600

**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, CA  94104

STIPULATION TO CONTINUE BRIEFING SCHEDULE               Case No. 14-02182-RS

**STIPULATION**

Plaintiffs Joan Ambrosio, et al. ("Plaintiffs") and Defendant Cogent Communications, Inc. ("Defendant") (collectively, the "Parties"), through their counsel, hereby stipulate and agree that:

WHEREAS the hearing on Defendant's Motion to Compel Arbitration or Amend the Class Definition is scheduled for May 12, 2016;

WHEREAS, due to the above, the Parties respectfully request that the Court continue the briefing schedule as detailed below.  This will **not** change the hearing date and will provide the Court with ample time to review the papers prior to the hearing.

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, to the following schedule:

| Date | Event |
| --- | --- |
| April 18, 2016 | Plaintiffs' Opposition to Defendant's Motion to Compel |
| April 28, 2016 | Defendant's Reply Briefs ISO Motion to Compel |
| May 12, 2016 1:30p | Hearing (unchanged) |

Dated:  March 30, 2016           DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: */s/ Monique Olivier*
    Monique Olivier
    Attorneys for Plaintiffs

Dated:  March 30, 2016           HAYNES & BOONE, LLP

By: */s/ Tamara I. Devitt\**
    Tamara I. Devitt
    Attorneys for Defendant

*I, Monique Olivier, attest that Tamara Devitt has concurred in the filing of this document. (L.R. 5-1(i).)

**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, CA  94104

STIPULATION TO CONTINUE BRIEFING SCHEDULE           Case No. 14-02182-RS

[**PROPOSED**] **ORDER**

**PURSUANT TO STIPULATION,** the following revised schedule is:

| | |
|---|---|
| April 18, 2016 | Plaintiffs' Opposition to Defendant's Motion to Compel |
| April 28, 2016 | Defendant's Reply Brief ISO Motion to Compel |
| May 12, 2016, 1:30p | Hearing (unchanged) |

**IT IS SO ORDERED.**

Dated: 3/30/2016

_____
Richard Seeborg, Judge
United States District Court

**DUCKWORTH PETERS LEBOWITZ OLIVIER LLP**
100 Bush Street, Suite 1800
San Francisco, CA 94104