UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN AMBROSIO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 14-cv-02182-RS<br><br>**ORDER REQUESTING SUPPLEMENTARY BRIEFING** |

Recognizing the decision in *Lewis v. Epic Systems Corporation*, No. 15-2997, 2016 U.S. App. LEXIS 9638 (7th Cir. May 26, 2016), is not binding on this Court, the parties are directed to file a supplemental brief of not more than ten (10) pages addressing the rationale and application of the decision to the motion to compel arbitration currently under submission. These briefs should be filed on or before June 10, 2016, and no reply briefs will be permitted.

**IT IS SO ORDERED**.

Dated: May 27, 2016

_____
RICHARD SEEBORG
United States District Judge