HAYNES AND BOONE, LLP
Tamara I. Devitt/Bar No. 209683
  tamara.devitt@haynesboone.com
Mary-Christine Sungaila/Bar No. 156795
  mc.sungaila@haynesboone.com
Kimberly A. Chase/Bar No. 253311
  kimberly.chase@haynesboone.com
Matthew E. Costello/Bar No. 295062
  matthew.costello@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
T: (949) 202-3000 | F: (949) 202-3001

HAYNES AND BOONE, LLP
Meghaan C. Madriz (*pro hac vice*)
  meghaan.madriz@haynesboone.com
1221 McKinney Street, Suite 2100
Houston, Texas 77010
T: (713) 547-2000 | F: (713) 547-2600

Attorneys for Defendant
COGENT COMMUNICATIONS, INC.

*(Additional Counsel on Following Page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN AMBROSIO et al., on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:14-cv-02182-RS<br><br>Assigned to:<br>U.S. District Judge Richard Seeborg<br><br>**STIPULATION TO: (1) EXTEND DEADLINES FOR EXPERT AND NON-EXPERT DISCOVERY AND FOR FILING DISPOSITIVE MOTIONS, AND (2) CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint filed:   May 12, 2014<br>Trail date:            May 22, 2017 |

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
Thomas E. Duckworth/Bar No. 152369
  tom@dplolaw.com
Monique Olivier/Bar No. 190385
  monique@dplolaw.com
100 Bush Street, Suite 1800
San Francisco, California 94104
T: (415) 433-0333 | F: (415) 449-6556

SHELLIST | LAZARZ | SLOBIN LLP
Todd Slobin (*pro hac vice*)
  tslobin@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
T: (713) 621-2277 | F: (713) 621-0993

Attorneys for Plaintiffs
JOAN AMBROSIO, ET AL.

**STIPULATION**

Plaintiffs Joan Ambrosio, et al. ("Plaintiffs") and Defendant Cogent Communications, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on March 17, 2016, the Court issued a Further Case Management Scheduling Order setting forth the following deadlines: (i) deadline to designate experts: September 30, 2016; (ii) deadline to designate supplemental/rebuttal experts: October 28, 2016; (iii) deadline to file further case management statement: December 1, 2016; (iv) deadline to complete expert and non-expert discovery: December 2, 2016; (v) further case management conference: December 8, 2016; and (vi) deadline to file dispositive pretrial motions: March 2, 2017.  (ECF No. 110.)

WHEREAS, on March 25, 2016, Defendant filed a Motion to Compel Arbitration, Dismiss Claims, and Amend Class Definition ("Motion to Compel Arbitration"). (ECF No. 112.)

WHEREAS, on March 28, 2016, the Court issued a Further Case Management Scheduling Order governing the scope of post-certification discovery that, among other limitations, provided that Defendant is entitled to depose twelve (12) percent of the class and propound interrogatories on twenty (20) class members.  (ECF No. 115.)

WHEREAS, the hearing on Defendant's Motion to Compel Arbitration was held on May 12, 2016.  (ECF No. 124.)

WHEREAS, on May 27, 2016, the Court ordered the parties to submit supplemental briefing on the rationale and application of *Lewis v. Epic Systems Corp.*, No. 15-2997, 2016 U.S. App. LEXIS 9638 (7th Cir. May 26, 2016), to Defendant's Motion to Compel Arbitration. (ECF No. 127.)

WHEREAS, on August 5, 2016, the Court issued an order denying Defendant's Motion to Compel Arbitration.  (ECF No. 139.)

WHEREAS, the Parties have scheduled a private mediation conference for December 12, 2016 to attempt to resolve this matter short of trial.

WHEREAS, (i) given the timing of the Court's order denying Defendant's Motion to Compel Arbitration in relation to the current discovery deadlines, and (ii) to conserve party and judicial resources prior to the December 2016 mediation session, the Parties agree that there is good cause for a reasonable continuance of the foregoing deadlines.

NOW, THEREFORE, the Parties, by and through their counsel of record, hereby stipulate, subject to approval of the Court, to the following revised discovery and law and motion schedule. The pre-trial and trial dates remain unchanged:

| Date | Event |
|---|---|
| December 30, 2016 | Deadline to designate experts |
| January 30, 2017 | Deadline to designate supplemental/rebuttal experts |
| February 15, 2017 | Deadline to complete expert and non-expert discovery |
| February 16, 2017 | Deadline to file joint case management statement |
| February 23, 2017, 10:00 a.m. | Further case management conference |
| March 30, 2017 | Deadline to hear dispositive pretrial motions |
| May 4, 2017 | Pre-trial conference (unchanged) |
| May 22, 2017 | Trial (unchanged) |

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: September 19, 2016          HAYNES AND BOONE, LLP

By:   */s/ Matthew E. Costello*
      Matthew E. Costello
      Attorneys for Defendant
      COGENT COMMUNICATIONS, INC.
      *I, Matthew E. Costello, attest that Monique Olivier has concurred in the filing of this document. (Civil L.R. 5-1(i).)*

Date: September 19, 2016          DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By:   */s/ Monique Olivier*
      Monique Olivier
      Attorneys for Plaintiffs
      JOAN AMBROSIO, ET AL.

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION:**

The Court's Further Case Management Scheduling Order, dated March 17, 2016 (ECF No. 110) ("Scheduling Order") shall be amended as follows:

| | |
|---|---|
| December 30, 2016 | Deadline to designate experts |
| January 30, 2017 | Deadline to designate supplemental/rebuttal experts |
| February 15, 2017 | Deadline to complete expert and non-expert discovery |
| February 16, 2017 | Deadline to file joint case management statement |
| February 23, 2017, 10:00 a.m. | Further case management conference |
| March 30, 2017 | Deadline to hear dispositive pretrial motions |
| May 4, 2017 | Pre-trial conference (unchanged) |
| May 22, 2017 | Trial (unchanged) |

**IT IS SO ORDERED.**

Date: 9/20/16

_____
Judge Richard Seeborg
United States District Court