HAYNES AND BOONE, LLP
Tamara I. Devitt/Bar No. 209683
  tamara.devitt@haynesboone.com
Mary-Christine Sungaila/Bar No. 156795
  mc.sungaila@haynesboone.com
Kimberly A. Chase/Bar No. 253311
  kimberly.chase@haynesboone.com
Matthew E. Costello/Bar No. 295062
  matthew.costello@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
T: (949) 202-3000 | F: (949) 202-3001

HAYNES AND BOONE, LLP
Meghaan C. Madriz (*pro hac vice*)
  meghaan.madriz@haynesboone.com
1221 McKinney Street, Suite 2100
Houston, Texas 77010
T: (713) 547-2000 | F: (713) 547-2600

Attorneys for Defendant
COGENT COMMUNICATIONS, INC.

*(Additional Counsel on Following Page)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN AMBROSIO et al., on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:14-cv-02182-RS<br><br>Assigned to:<br>U.S. District Judge Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DATES AND DEADLINES PENDING FINAL SETTLEMENT APPROVAL; DECLARATION OF MATTHEW E. COSTELLO IN SUPPORT THEREOF**<br><br>[Civil L.R. 6-2]<br><br>Complaint filed:  May 12, 2014<br>Trail date:           May 22, 2017 |

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
Thomas E. Duckworth/Bar No. 152369
  tom@dplolaw.com
Monique Olivier/Bar No. 190385
  monique@dplolaw.com
100 Bush Street, Suite 1800
San Francisco, California 94104
T: (415) 433-0333 | F: (415) 449-6556

SHELLIST | LAZARZ | SLOBIN LLP
Todd Slobin (*pro hac vice*)
  tslobin@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
T: (713) 621-2277 | F: (713) 621-0993

Attorneys for Plaintiffs
JOAN AMBROSIO, ET AL.

## STIPULATION

Pursuant to Civil Local Rule ("L.R.") 6-2, Plaintiffs Joan Ambrosio, et al. and Defendant Cogent Communications, Inc. (collectively, the "Parties"), by and through their counsel of record, hereby stipulate to continue all pending deadlines in this matter, as follows:

WHEREAS, on December 12, 2016, the Parties attended a private mediation conference to attempt to resolve this matter in good faith.

WHEREAS, on December 21, 2016, the Parties reached a settlement in principle of all claims in this action.

WHEREAS, Plaintiffs anticipate filing a motion for preliminary approval of class action settlement within approximately 30 days of the filing of this Stipulation.

WHEREAS, the Parties agree that continuing all dates and deadlines until this Court has made a decision on final settlement approval will conserve judicial and party resources and ensure that the Parties will focus their efforts on reaching a final settlement in this case.

WHEREAS, pursuant to L.R. 6-2(a), this stipulation is accompanied by the Declaration of Matthew E. Costello.

NOW, THEREFORE, the Parties, by and through their counsel of record, hereby stipulate, subject to approval of the Court, that:

(i) Pursuant to L.R. 6-2(b), all dates and deadlines, including all motion filing deadlines, all non-expert and expert discovery deadlines, the pretrial conference date, all pretrial filing deadlines, and the trial date shall be continued until this Court has made a decision on final settlement approval.

(ii) If this Court does not issue final approval of the Parties' settlement, the Parties will, within 14 days of the final settlement approval hearing, file a joint statement setting forth the status of litigation and any dates and deadlines that will need to be reinstated.

///
///
///

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

Date:  December 22, 2016        HAYNES AND BOONE, LLP

                                      By:    */s/ Matthew E. Costello*
                                                   Matthew E. Costello
                                                   Attorneys for Defendant
                                                  COGENT COMMUNICATIONS, INC.
                                                  *I, Matthew E. Costello, attest that Monique Olivier has concurred in the filing of this document. (Civil L.R. 5-1(i).)*

Date:  December 22, 2016        DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

                                        By:    */s/ Monique Olivier*
                                                   Monique Olivier
                                                  Attorneys for Plaintiffs
                                                  JOAN AMBROSIO, ET AL.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION:**

All dates and deadlines, including all motion filing deadlines, all non-expert and expert discovery deadlines, the pretrial conference date, all pretrial filing deadlines, and the trial date are hereby continued until this Court has made a decision on final settlement approval.

If this Court does not issue final approval of the Parties' settlement, the Parties shall, within 14 days of the final settlement approval hearing, file a joint statement setting forth the status of litigation and any dates and deadlines that will need to be reinstated.

**IT IS SO ORDERED.**

Date: 12/27/16

_____
Judge Richard Seeborg
United States District Court